UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

In re: ZYPREXA PRODUCTS LIABILITY
LITIGATION

MEMORANDUM & ORDER
MOTIONS FOR SUMMARY JUDGMENT

04-MD-1596

----------------------------------------------------------X

UFCW LOCAL 1776 AND PARTICIPATING
EMPLOYERS HEALTH AND WELFARE FUND,
ERIC TAYAG, and MID-WEST NATIONAL LIFE
INSURANCE COMPANY OF TENNESSEE, on
behalf of themselves and others similarly situated,

05-CV-4115
05-CV-2948

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 17 2008 ★

Plaintiffs,

vs.

ELI LILLY AND COMPANY,

Defendant.
----------------------------------------------------------X

LOCAL 28 SHEET METAL WORKERS, on
behalf of themselves and others similarly situated,

06-CV-0021

Plaintiffs,

vs.

ELI LILLY AND COMPANY,

Defendant.
----------------------------------------------------------X

SERGEANTS BENEVOLENT ASSOCIATION
HEALTH AND WELFARE FUND, on behalf of
themselves and others similarly situated,

06-CV-6322

Plaintiffs,

vs.

ELI LILLY AND COMPANY,

Defendant.
----------------------------------------------------------X

At the parties' request, the hearing scheduled for tomorrow, September 18, 2007, at 10am has been rescheduled for September 21, 2007, at 10am.

SO ORDERED.

s/Jack B. Weinstein
Jack B. Weinstein

Date: September 17, 2008
Brooklyn, N.Y.